# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**CLIVENS** and **ANDREA GOLDMAN,**
Appellants,

v.

**DEUTSCHE BANK NATIONAL TRUST COMPANY**
as Trustee of the Indymac IMJA Mortgage Trust 2007-A1
Mortgage Pass-Through Certificates Series 2007-A1,
Appellee.

No. 4D15-967

[September 24, 2015]

Appeal of a non-final order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Eli Breger, Senior Judge; L.T. Case No. 2008CA016116XXXXMB.

Andrea and Clivens Goldman, Lake Worth, pro se.

Joshua B. Alper and Nicole R. Topper of Blank Rome LLP, Fort Lauderdale, for appellees.

PER CURIAM.

*Affirmed. See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150 (Fla. 1979).

WARNER, GERBER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***